IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
FILED
MAR 2 - 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```

JAMES WILSON,　　　　　）
　　　　　　　　　　　　）
　　　　　　　　　　　　）
　　　PETITIONER,　　　 ）　　Civil Action No. 04-1363- GMS
　　　　　　　　　　　　）
V.　　　　　　　　　　　 ）
　　　　　　　　　　　　）
RICHARD KEARNEY,　　　 ）
　　　　　　　　　　　　）
WARDEN,　　　　　　　　 ）

　　　　　Respondent.

MOTION REQUESTING COURT TO RULE AS FACTUAL WITHOUT STATES RESPONSE

NOW COMES, Petitioner requesting that this Honorable Court rule on his Habeas Corpus without state's response.

1. The State was given 45 days to answer or respond to the allegations of the petition and has failed to do so.

2. According to 2243 of 28 U.S.C. the Court can rule and not accept state's response at a later date. Also, see Whting v. Burt, 266 F. Supp. 2d 640,644 E.D. Mich.2003; U.S. EX Rel. Mattox v. Scott, 507 F.2d 919,924(7th Cir.1974) per curiam. Dickens v. Jones 203 F. Supp. 2d 354,361 and Ward v. Wolfenbarber, 323 F. Supp.2d at 828.

WhereFore, Petitioner ask that this Honorable Court grant this motion.

Date. 2-23-05

James A. Wilson
S.C.I. Georgetown, De. 19947

I certify that a true copy of Motion was sent to the following(s)

Honorable Gregory M. Sleet

UnitedStatesDistrictCourt

844 N.King St,Wilm,DE.19801-3570

Attorney General

820 N. French, St. Wilm, DE.19801
Carvel Building Dept. of Justice

On this 23 day of February 2005

*James a. Wilson* (signature)