IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES WILSON, | ) | Civil Action No. 04-1363- GMS |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD KEARNEY, | ) | |
| Warden, | ) | |
| | ) | |
| Respondent. | ) | |

### Motion for procedural default defense

1. Respondents were given **forty – five** (45) days of receipt of the petition and order, in accordance with 28 U.S.C. Sec. 2254, rule 5. And has failed to do as required
2. When state's return to Habeas Corpus petition fails to dispute factual allegations contained in petition and traverse, it essentially admits those allegations. See. Bland V. Cal, 20 F.3d 1469.
3. By failing to affirmatively assert it in answer to state prisoner's petition for Habeas relief, Procedural default defense is proven. See. Reese v. Nix, 942 f.2d 1276 also, Habeas Corpus key 683,684

THEREFORE, Petitioner request that this Honorable Court grant him this motion for procedural default defense and grant him Habeas Corpus Relief.

DATED: Friday, March 11, 2005
James Wilson
James Wilson
S.C.I.
Georgetown, DE. 19947

I here by certify that I have sent the above motion for procedural default defense to the following(s)

| | |
|---|---|
| District Court | State of Attorney General |
| Honorable Gregory M. Sleet | 820 N. French, St. Wilm, DE. 19801 |
| 844 King St. Wilm, DE. 19801 | State Carvel Build Dept. of Justice |

ON THis 11th day of March, 05

James A. Wilson