04-1363 GMS

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly): R. Minnick
B. Date of Delivery: 3/31/05
C. Signature: X [signature] ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No

1. Article Addressed to:

04-1363 GMS
LOREN MEYERS
DEPUTY ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
820 N. FRENCH STREET
WILMINGTON DE 19801

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. 7002 2030 0003 0326 8109

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly): CMS Sw
B. Date of Delivery: 4/12/05
C. Signature: X [signature] ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No

1. Article Addressed to:

04-1363 GMS
WARDEN RICK KEARNEY
SUSSEX CORRECTIONAL INSTITUTE
P. BOX 500
GEORGETOWN, DE 19947

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. 7002 2030 0003 0326 8093

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2005 APR -4  PM 4:10