IN THE NAME OF ALLAH, THE BENEFICENT, THE MERCIFUL,

03-27-05

District Court Clerk
844 N. King Street, Lockbox 18
wilm, DE.19801



RE: 04-cv-01363 GmS

Dear Clerk:

This letter comes as a request asking you to check your mailing records to see if you sent the State's Attorney General A copy of the December 6 order. They have stated that they did not receive any thing concerning a petition or an order.

I need to know what does your record reflect.

Please contact me soon as possible
Thank you very much
James A. wilson