IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES A. WILSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | C.A.No. 04-1363-GMS |
| | ) | |
| RICHARD KEARNEY, et al., | ) | |
| | ) | |
| Respondents. | ) | |

NOTICE OF FILING OF STATE COURT RECORDS

Respondents hereby submit certified copies of the following Delaware Supreme Court records:

a. Appellant's Opening brief and appendix, filed May 1, 2002, *Wilson v. State*, No. 446, 2001.

b. State's answering brief, filed May 29, 2002, *Wilson v. State*, No. 446, 2001.

c. Order, dated September 18, 2002, *Wilson v. State*, No. 446, 2001.

d. Appellant's opening brief and appendix, filed October 6, 2003, *Wilson v. State*, No. 370, 2003.

e. State's answering brief, filed November 10, 2003, *Wilson v. State*, No. 370, 2003.

f. Order, dated February 2, 2004, *Wilson v. State*, No. 370, 2003.

g. Petition for writ of mandamus, filed February 12, 2003, *In re James A. Wilson*, No. 72, 2003.

h. State's answer and motion to dismiss, filed March 12, 2003, *In re James A. Wilson*, No. 72, 2003.

i. Order, dated March 31, 2003, *In re James A. Wilson*, No. 72, 2003.

j. Petition for writ of mandamus, filed February 12, 2003, *In re James A. Wilson*, No. 73, 2003.

k.  State's answer and motion to dismiss, filed March 12, 2003, *In re James A. Wilson*, No. 73, 2003.

l.  Order, dated March 31, 2003, *In re James A. Wilson*, No. 73, 2003.

m.  Petition for writ of mandamus, filed March 13, 2003, *In re James A. Wilson*, No. 141, 2003.

n.  State's answer and motion to dismiss, filed April 7, 2003, *In re James A. Wilson*, No. 141, 2003.

o.  Order, dated May 21, 2003, *In re James A. Wilson*, No. 141, 2003.

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        /s/_____
        Gregory E. Smith, I.D. No. 3869
        Deputy Attorney General
        820 North French Street, 7th Floor
        Carvel State Building
        Wilmington, Delaware 19801

Dated: May 16, 2005        (302) 577-8398