# CERTIFICATION OF SERVICE

The undersigned certifies that on May 16, 2005, he electronically filed the attached *Notice of Filing of State Court Records* with the Clerk of Court using CM/ECF. The undersigned certifies that he manually filed the above-listed documents with the Clerk of the Court. The undersigned further certifies that on May 16, 2005 that he mailed by United State Postal Service the document(s) to the following non-registered participant:

James A. Wilson
SBI No. 00163663
Sussex Correctional Institution
P.O. Box 500
Georgetown, Delaware 19947

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        /s/_____
        Gregory E. Smith, ID # 3869
        Deputy Attorney General
        820 North French Street, 7th Floor
        Carvel State Building
        Wilmington, Delaware 19801
        (302) 577-8398