IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JAMES A. WILSON,)
)
    Petitioner,)
)
)    04-1363 (GMS)
)
)
v.)
)
RICHARD KEARNEY, et al.,)
)
    Respondents.)

FILED

DEC 14 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

<u>PETITIONER MOTION FOR SUMMARY JUDGMENT</u>

Pursuant to Fed. R. Civ.P., Petitioner requests this court to grant him summary judgment in his favor on the issue of ineffective assistance of counsel, double jeopardy and superior court previously adjudicated decision denial on petitioners claims. Petitioners' Opening Brief in Support of his Motion is filed simultaneously herewith.

                                                            *James A. Wilson*

                                                            James A. Wilson, Pro'se
                                                            S.C.I. P.O. Box 500 Georgetown,
                                                            19947

Dated: December 11, 2005

CERTIFICATION OF SERVICE

The undersigned certifies that on December 11, 2005, he filed the a Motion for Summary Judgment with the following(s):

Gregory E. Smith,

Deputy Attorney General

820 North French St, 7th floor

Carvel State Building

Wilmington, DE. 19801

*James A. Wilson*, Pro'se.
James A. Wilson,
S.C.I. P.O. Box 500
Georgetown, DE. 19947

12/11/05

I/M: James Wilson  BLDG: Merit East
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

US POSTAGE $01.060
PB22230370
DEC 13 05
19947

Office of the Clerk
United States District Court
844 N. King St, Lockbox 18
Wilm, DE. 19801-3570