IN THE NAME OF ALLAH, THE BENEFICENT, THE MERCIFUL, I BEAR WITNESS THAT THERE IS NO GOD BUT ALLAH AND I BEAR WITNESS THAT MUHAMMAD IS HIS MESSENGER.

12/30/05

The Honorable Gregory M. Sleet.

COMES NOW PETITIONER, Under Rule 8(a) ask this Court to rule on his Summary of Judgment which he submitted on 12/11/05 C.A. No. 04-1363-GMS.

James A. Wilson

James a. Wilson
S.C.I
P.O. Box 500
Georgetown, De. 19947

FILED
JAN - 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



I/M:James A. Wilson BLDG: Merit/East
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S. POSTAGE PB 22230370
$00.370  JAN 03 06
FROM ZIP CODE  19947

U.S. States District Court
844 N. King St, Lockbox 19
Wilm, DE. 19801-3570