IN THE NAME of ALLAH, THE Beneficent, THE Merciful,

As-SALAAM-AlAikum
(PEACE be unto you)                    5-28-06

RE: Summary Judgment Motion   C.A. NO. 04-1363
                                          (GMS)

ON OR About 12-11-05, Plaintiff (Petitioner) filed A motion for Summary Judgment. This Letter is An inquiry concerning this motion.

It is my Understanding that According to the Rules this motion is to be Ruled on within 120 days.

Since filing such motion 120 days has Expired, And petitioner has not heard anything from the Courts.

James a. Wilson
S. C. I.   #163863
P. I.   A- Quad building

I/M: James A. Wilson BLDG: P.I. A. Quad
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE  19947

(Hon.) Judge Gregory M. Sleet
U.S. District Court
844 N. King St Lockbox 18
Wilm. De. 19801-3570

U.S. POSTAGE
PB 2230370
$00.390
MAY 30 06
19947

