In the United States Third Circuit Court of Appeals

James A. Wilson,
    Petitioner,

v.

Thomas L. Carroll, Warden,
    Respondent.

Civ. A. No. 04-1363 GMS

## Notice of Appeal

FILED
AUG 23 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Dated: 8/19/06

James A. Wilson
James A. Wilson
1181 Paddock Rd.
Smyrna, De. 19977

IN THE UNITED STATES THIRD Circuit Court
of Appeals

James A. Wilson,
    Petitioner,

v.

Thomas L. Carroll, Warden
    Respondent,

Civ. No. 04-1363-GMS

## Motion to Appeal

Now comes petitioner, requesting this Honorable Court to grant him motion to Appeal.

1. Petitioner is appealing the memorandum opinion of District Court dated August 8, 2006
SEE Attachment

Date: 8/19/06

James A. Wilson
James A. Wilson
1181 Paddock Rd.
Smyrna, De. 19977
D.C.C.

Inmate A. Wilson
SBI# 263343   UNIT V Bldg
DELAWARE CORRECTION CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON, DE 19850   AUG 21 2006

Hon. GMS
U.S. District Court
844 N. King St.
Lockbox 18
Wilm, DE. 19801-3570