In The United States District Court
for the District Delaware

James A. Wilson,
    Petitioner

v.

Rick Kearney, et al

Civ. A. No. 04-1363-GMS

FILED
SEP 15 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Scanned- BD 9/15/06

## Motion to Proceed In Forma Pauperis

Now come Petitioner, James A. Wilson, PRO'SE request this Honorable to grant him this motion to proceed in forma pauperis.

1. Petitioner is appealing the memorandum of District Court decision to the Court of Appeals and do not possess the funds to pay for the proceedings.

Wherefore, Petitioner request this Honorable Court to grant his motion.

PRO'SE
James A. Wilson
D.C.C.
1181 Paddock Rd.
Smyrna, De. 19977

Date 9/4/06

# United States District Court

DISTRICT OF _Delaware_

_James A. Wilson_

v.

_Rick Kearney_

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

CASE NUMBER: _06-3717_

I, _James Wilson_, declare that I am the (check appropriate box)

- ☒ petitioner/plaintiff
- ☐ respondent/defendant
- ☐ movant (filing 28 U.S.C. 2255 motion)
- ☐ _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?   Yes ☐   No ☒
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment   Yes ☐   No ☒
   b. Rent payments, interest or dividends?                   Yes ☐   No ☒
   c. Pensions, annuities or life insurance payments?         Yes ☐   No ☒
   d. Gifts or inheritances?                                  Yes ☐   No ☒
   e. Any other sources?                                      Yes ☐   No ☒

# DELAWARE CORRECTIONAL CENTER
## SUPPORT SERVICES OFFICE
## MEMORANDUM

TO: James Wilson        SBI#: 163663

FROM:   Stacy Shane, Support Services Secretary

RE:     **6 Months Account Statement**

DATE:   8/24/06

---

Attached are copies of your inmate account statement for the months of _Feb. 2006_ to _July 2006_.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Feb | |
| Mar | |
| Apr. | |
| May | Comm. on 6/6/2006 |
| June | $242.90 |
| July | $396.62 |

Average daily balances/6 months: $328.00

Attachments
CC: File

Melissa McNatt
8/24/06

# Individual Statement

Date Printed: 8/23/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00163663 | WILSON | JAMES | A | JR | $0.00 |

Current Location: V    Comments:

## For Month of June 2006

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Commitments | 6/6/2006 | $0.00 | $0.00 | $0.00 | $0.00 | 275729 | | | |
| Mail | 6/14/2006 | $50.00 | $0.00 | $0.00 | $50.00 | 279485 | 9266012769 | | B. SMITH |
| Misc | 6/14/2006 | $309.48 | $0.00 | $0.00 | $359.48 | 279620 | 45596 | | SCI |
| Canteen | 6/22/2006 | ($19.70) | $0.00 | $0.00 | $339.78 | 282528 | | | |
| Canteen | 6/28/2006 | ($53.79) | $0.00 | $0.00 | $285.99 | 284388 | | | |
| Mail | 6/28/2006 | $100.00 | $0.00 | $0.00 | $385.99 | 284848 | 9266013053 | | B. SMITH |

Ending Mth Balance: $385.99

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

## For Month of July 2006

Date Printed: 8/23/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $385.99 |
|---|---|---|---|---|---|---|
| 00163663 | WILSON | JAMES | A | JR | | |

Current Location: V    Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 7/6/2006 | ($52.17) | $0.00 | $0.00 | $333.82 | 288342 | | | |
| Mail | 7/7/2006 | $100.00 | $0.00 | $0.00 | $433.82 | 288775 | 1866275 | | B. SMITA |
| Supplies-MailP | 7/7/2006 | $0.00 | $0.00 | ($8.35) | $433.82 | 289084 | | 6/12/06 | |
| Canteen | 7/13/2006 | ($23.04) | $0.00 | $0.00 | $410.78 | 291149 | | | |
| Supplies-MailP | 7/19/2006 | ($8.35) | $0.00 | $0.00 | $402.43 | 294317 | | 6/12/06 | |
| Canteen | 7/20/2006 | ($34.34) | $0.00 | $0.00 | $368.09 | 295225 | | | |
| Mail | 7/26/2006 | $49.00 | $0.00 | $0.00 | $417.09 | 297350 | 53035548 | | B SMITH |
| Canteen | 7/27/2006 | ($29.91) | $0.00 | $0.00 | $387.18 | 297706 | | | |

Ending Mth Balance: $387.18

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

I certify that I sent the following motion to the following entities

U.S. District Court
844 King St, Lockbox 18
Wilm, De. 19801-3570

United States Court of Appeals
21400 United States Courthouse
601 Market St.
Philadelphia PA 19106-1790

Gregory E. Smith
Deputy Attorney General
Delaware Department of Justice
820 N. French St.
6th fl
Wilm, De. 19801

by placing in the U.S. mail on this 4 day of September 2006

Date 9/4/06

James A. Wilson

IM James Wilson
SBI# 163663  UNIT V
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S. X-RAY

U.S. District Court
844 King St,
Lockbox 18
Wilm, DE 19801-3570