FPS-469                                                                 DATE: September 19, 2006

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

<u>No. 06-3907</u>

Wilson v. Kearney
(D.C. No. 04-cv-1363)

To:  Clerk

1) Application to Proceed <u>In</u> <u>Forma</u> <u>Pauperis</u>

---

The foregoing Motion is granted.  This appeal will be submitted to a panel of this Court for determination of whether a certificate of appealability should issue.

For the Court,

/s/Marcia M. Waldron
Clerk

A True Copy:

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: September 20, 2006
CLW/cc: Mr. James A. Wilson
        Gregory E. Smith, Esq.